Chester C. HARVEY, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75756.

Missouri Court of Appeals,
Western District.

Dec. 10, 2013.

M. Ruth O'Neill, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Gregory L. Barnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division II: MARK D. PFEIFFER, Presiding Judge, and JOSEPH M. ELLIS and VICTOR C. HOWARD, Judges.

### Order

PER CURIAM:

Chester C. Harvey, Jr., appeals the judgment of the Circuit Court of Boone County, Missouri, denying his motion for post-conviction relief pursuant to Rule 24.035. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).